

IN THE

# United States District Court for the Eastern District of North Carolina

Southern Division

| | |
|---|---|
| **MANU U. D. STRAW**, <br> *Plaintiff,* <br> <br> v. <br> <br> **UNITED STATES OF AMERICA**, <br> *Defendant.* | ) Case#: 7:23-cv-1634-FL <br> ) <br> ) Hon. Louise W. Flanagan <br> ) Judge Presiding <br> ) Hon. <br> ) Magistrate Judge <br> ) <br> ) JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

I, Proposed Counsel Andrew U. D. Straw, make this NOTICE for my son, Manu:

1. It has now come to light in the consolidated case that USN is making a more genuine attempt to resolve CLJA cases within the administrative process, even allowing filing of actual supporting documents.

2. It seems likely that this lawsuit for Manu will be dismissed without prejudice anyway due to his CLJA claim form not being denied yet (actually or constructively) by the USN due to the 6 month deadline.

WHEREFORE, I make notice of voluntary dismissal (FRCP R. 41(a)(1)(A)(i)) without prejudice (FRCP R. 41(a)(1)(B)) with the right to refile when the administrative time period expires.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Respectfully submitted this **20th Day of December, 2023.**

*[signature]*

Andrew U. D. Straw, *Proceeding Pro Se*
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on this **20th Day of December, 2023**, I sent this **NOTICE** to the Clerk of Court via U.S. Mail. CM/ECF will serve these documents to defendant's counsel upon scanning by the Clerk into PDF format.

Respectfully submitted,

*[signature]*

PROPOSED COUNSEL

s/ ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

2